it excepted to. The questions which were excluded under section 829* or because they called for conclusions of fact or law were properly excluded. The ruling of the trial judge at folio 151 excluding letter-heads other than those offered in evidence upon the ground that the defendant was barred from testifying to them under section 829, while it may have been erroneous, does not present reversible error. The existence of such additional letter-heads and labels was before the court in other evidence admitted. The fact of the partnership was established to the satisfaction of the trial justice largely through the sworn admissions and declarations of the defendant in the outside litigations referred to in the evidence and by the evidence of the partnership bank account established by defendant and the plaintiff's intestate. An issue of fact was presented for the determination of the trial justice, and there is abundant evidence to sustain his conclusions. The interlocutory judgment should be affirmed, with costs. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur. Interlocutory judgment affirmed, with costs.

———

In the Matter of the Application of BURTON SMITH for Admission to the Bar. (From the State of Georgia.)— Application granted. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

GEORGE AVERY and Another, Appellants, v. CHARLES H. ABAJIAN and Another, Respondents.— Motion for stay granted, on condition that the appeal be perfected, and cause placed on the calendar for Friday, March 11, 1921. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

BAY RIDGE THEATRE CORPORATION, Respondent, v. SOL BRILL and Others, Appellants.— Motions denied. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

BAY RIDGE THEATRE CORPORATION, Respondent, v. SOL BRILL and Others, Appellants.— Motions denied. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CITY OF NEW YORK, Respondent, v. CHARLES STEEN, INC., Appellant. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals granted. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

CITY OF NEW YORK, Respondent, v. CHARLES STEEN, INC., Appellant. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals granted. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

CITY OF NEW YORK, Respondent, v. CHARLES STEEN, INC., Appellant. (Action No. 1.) — Motion granted. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

CITY OF NEW YORK, Respondent, v. CHARLES STEEN, INC., Appellant. (Action No. 2.) — Motion granted. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

CHARLES R. CROOP, Appellant, v. FORCALLA SHALFOON, Respondent.—

———

* Code Civ. Proc. § 829.— [REP.

Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY, etc., Appellant, and Others, Defendants.   (Action No. 1.) — Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY, etc., Appellant, and Others, Defendants.   (Action No. 2.) — Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

CHARLES S. FAULKNER, Respondent, v. HELEN L. RUDELL, etc., Appellant. — Motion denied, without costs.  Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

MARY H. FINNERTY, Respondent, v. HOTEL SHELBURNE, INC., Appellant. — Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

DAVID F. FINNERTY, Respondent, v. HOTEL SHELBURNE, INC., Appellant. — Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

JAMES E. HARRITY, Appellant, v. HENRY STEERS and JAMES RICH STEERS, Respondents.— Motion for reargument denied, without costs, and stay vacated.  The court did not intend to construe the contract in any respect, and did not do so.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

MARY L. D. HOWE, Appellant, v. GEORGE HOWE, Respondent.— Motion for stay denied, and stay vacated.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of WILLIAM FRANCIS KELLY for Admission to the Bar.   (From the State of New Jersey.)— Application granted.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

In the Matter of Summary Proceedings of FREDERICK SCHAFBUCH, Respondent, v. MARGARET WALE, Appellant.— Motion to dismiss appeal denied, without costs.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

In the Matter of Summary Proceedings of FREDERICK SCHAFBUCH, Respondent, v. MARGARET WALE, Appellant.— Motion for stay granted, without costs.  Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.